BENEDICT ALTMAN AND NETTL
Steven D. Altman, Attorney ID # 254231969
247 LIVINGSTON AVENUE
NEW BRUNSWICK, NJ  08901
732-745-9000
Attorneys for Defendant
saltman@benedictandaltman.com

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. RUKHSANAH L. SINGH, U.S.M.J |
|  | : | UNITED STATES DISTRICT COURT |
| Plaintiff | : | DISTRICT OF NEW JERSEY |
| v. | : |  |
|  | : |  |
|  | : | CASE NO. 3:26-cr-19 (ZNQ) |
|  | : |  |
| ELLIOT SOUDER | : |  |
|  | : |  |
| Defendant | : | CONSENT ORDER |
|  | : |  |

**THIS MATTER** having been brought to the attention of the Court by Steven D. Altman, Esq., of the law firm of Benedict Altman and Nettl, attorneys for Defendant, Elliot Souder, for an Order modifying Elliot Souder's bail conditions to allow him to attend a family event celebrating Memorial Day with his sister, Alysia Souder, as outlined below; and Pretrial Services and the United States (Assistant U.S. Attorney Tracey Agnew) consent to this modification,

**IT IS ON THIS** 22d **DAY OF MAY 2026,**

**ORDERED** that Elliot Souder be permitted to leave his residence on Monday, May 25, 2026 at 11:00 A.M. and travel to his sister, Alysia Souder's residence located at 116 Bishop Rock Road in Hopatcong New Jersey 07843, where he will be in the presence of his temporary third-party custodian, Alysia Souder and there will be no children attending, and returning home at 10:30 P.M.; and it is

**FURTHER ORDERED** that all other bail conditions will remain the same.

_____
HON. RUKHSANAH L. SINGH, U.S.M.J

The undersigned agree to the form of Order herein.

United States of America　　　　　Benedit Altman & Nettl
District of New Jersey　　　　　　 Attorneys for Defendant

_____　　_____/s/ Steven D. Altman_____
TRACEY AGNEW, A.U.S.A.　　　　　 STEVEN D. ALTMAN, ESQ.