BENEDICT ALTMAN AND NETTL
Steven D. Altman, Attorney ID # 254231969
247 LIVINGSTON AVENUE
NEW BRUNSWICK, NJ 08901
732-745-9000
Attorneys for Defendant
saltman@benedictandaltman.com

**UNITED STATES DISTRCIT COURT**
**DISCRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br>v.<br><br>ELLIOT SOUDER<br><br>Defendant | HON. RUKHSANAH L. SINGH, U.S.M.J<br><br>UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NO. 3:26-cr-19 (ZNQ)<br><br>CONSENT ORDER |

**THIS MATTER** having been brought to the attention of the Court by Steven D. Altman, Esq., of the law firm of Benedict Altman and Nettl, attorneys for Defendant, Elliot Souder, and AUSA Tracey Agnew, appearing on behalf of the Plaintiff, for an Order modifying Elliot Souder's bail conditions.

**IT IS ON THIS** 7th **DAY OF** August **2026,**

**ORDERED** that Elliot Souder is permitted to visit and stay with his sister, Alysia Souder, who is also his Pretrial approved, third-party custodian, at 116 Bishop Rock Road, Hopatcong, New Jersey 07843, where it has been confirmed by his

third-party custodian that no minors will be present and he will not have access to any unapproved electronics, on the dates below:

Saturday, August 8, 2026 thru Sunday, August 9, 2026, where he will leave his residence at 11:00 AM on August 8, 2026 and arriving at his sister's at approximately 12:30 PM,

And

Leaving his sister's on August 9, 2026 at 10:30 PM and returning home by 12:00 AM; and it is

**FURTHER ORDERED** that all other bail conditions will remain the same.

HON. RUKHSANAH L. SINGH, U.S.M.J

The undersigned agree to the form of Order herein.

United States of America
District of New Jersey

/s/ Tracey Agnew
TRACEY AGNEW, A.U.S.A.

Benedit Altman & Nettl
Attorneys for Defendant

/s/Steven D. Altman
STEVEN D. ALTMAN, ESQ.